United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,                                              No. C 06-2209 SBA

        Plaintiff.

  v.                                                    **ORDER OF REFERRAL**

ELAINE CHAO, SECRETARY OF LABOR,

        Defendant.

_____

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Martin J. Jenkins for consideration of whether the case is related to *E.K. Wade v. Chao*, C 05-5087 MJJ.

IT IS SO ORDERED.

Dated: 3/29/06                               _____
                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge